**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WESLEY A. HARRIS,

        Plaintiff,

vs.                                              Case No. 3:08-cv-726-J-32MCR

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

        Defendant.

---

**ORDER**[1]

This case is before the Court on Plaintiff's appeal of an administrative decision denying his claim for disability, disability insurance benefits, and supplemental security income, under the Social Security Act (Doc. 1). The parties filed briefs and the administrative record and, upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 25) recommending that the Commissioner's decision be affirmed. Plaintiff did not file any objections to the Report and Recommendation and the time in which to do so has now passed.

Nonetheless, upon independent review of the file, I find that this is one of the rare cases where I must disagree with the Recommendation of the able Magistrate

---

[1]Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

Judge. The March 23, 2007 report from plaintiff's treating physician (supplemented by plaintiff's May 2, June 4, June 14 and July 5, 2007 visits) demonstrates that she finds plaintiff is unable to work (which, notwithstanding some inconsistencies in her earlier reports, is consonant with the treating physician's opinion all along), the consultative examiner did find confirming objective evidence of degeneration in plaintiff's back and knee, and the ALJ's evaluation of the medical records and plaintiff's testimony contained enough factual errors that the record, as a whole, fails to provide the substantial evidentiary support necessary to uphold the ALJ's decision. Accordingly, it is hereby

**ORDERED**:

1. Pursuant to sentence four of 42 U.S.C §§405(g) and 1383(c)(3), this case is hereby **REVERSED** and **REMANDED** to the Commissioner of Social Security for reevaluation of plaintiff's claim. Upon remand, the Commissioner shall recontact plaintiff's treating physician to clarify her opinion and the basis therefor (and shall provide the treating physician with the objective testing performed by the consultative examiner); and shall reevaluate plaintiff's complaints of pain and other limitations.

2. The Commissioner is further directed to take such other action as may be necessary to properly resolve this claim.

3. The Clerk is hereby directed to enter judgment accordingly and to **close** the file.

**DONE AND ORDERED** at Jacksonville, Florida this 1st day of September, 2009.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record